IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV482 |
| | ) | |
| v. | ) | |
| | ) | |
| $25,000.00 IN U.S. CURRENCY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS ORDERED that, in the interest of judicial economy, this case is reassigned to District Judge Joseph F. Bataillon for disposition and to Magistrate Judge Thomas D. Thalken for judicial supervision and processing of all pretrial matters.

    DATED this 12th day of October, 2006.

                                                BY THE COURT:

                                                s/ Joseph F. Bataillon
                                                JOSEPH F. BATAILLON
                                                United States District Judge